# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY SHANE KINNARD, JR., | ) |
| Plaintiff, | ) Civil Action No. 18 – 289 |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| PA. DEPT. OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Upon review, the Court has determined that the above action case number is duplicative of Case No. 18-298.[1] As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative of another suit in federal court. *See* Colo. River Water Conservation Dist. v. United States, 424 U.S. 800, 817 (1976) ("As between federal district courts, . . . though no precise rule has evolved, the general principle is to avoid duplicative litigation."); Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir. 1977) (en banc) (prohibiting a plaintiff from "maintin[ing] two separate actions involving the same subject matter at the same time in the same court and against the same defendant.") Given that Case No. 18-298 is further along in its procedural posture, the undersigned will dismiss this action as duplicative so that Plaintiff can pursue his claims against Defendants in Case No. 18-298.

**AND NOW**, this 15th day of October, 2018;

---

[1] The complaints in these two cases are identical.

1

**IT IS HEREBY ORDERED** that this case is dismissed as duplicative to Case No. 18-298.

**AND IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Gregory Shane Kinnard, Jr.
   EV-9358
   SCI Greene
   175 Progress Drive
   Waynesburg, PA  15370